UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60398-CIV-MOORE/SIMONTON

INTERNATIONAL BEDDING
CORPORATION, a Delaware corporation,

      Plaintiff,

vs.

AIRSPRUNG FURNITURE GROUP, PLC
an English corporation,

      Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon *sua sponte* review of the record.

UPON CONSIDERATION of the Complaint, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court enters the following Order.

Plaintiff brings a declaratory judgment action seeking a declaration of the Parties' rights and obligations under a licensing agreement. Plaintiff also seeks a preliminary injunction against rescission of the licensing agreement by Defendant. "Pursuant to the plain language of Rule 12(h)(3) of the Federal Rules of Civil Procedure, . . . a district court may act *sua sponte* to address the issue of subject matter jurisdiction." Herskowitz v. Reid, 187 Fed. Appx. 911, 912-913 (11th Cir. 2006). Plaintiff asserts that subject matter jurisdiction over this cause exists pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 2201. However, the rights and obligations of the Parties are governed by the law of the jurisdiction applicable to the licensing agreement. No federal question jurisdiction exists over Plaintiff's claim because it is not an action "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Moreover, the

Declaratory Judgment Act is not a basis of federal jurisidiction. "[T]he Act merely creates a new remedy in cases or controversies for which an independent basis of federal jurisdiction exists." First Fed. Sav. & Loan Ass'n of Lake Worth v. Brown, 707 F.2d 1217, 1220 (11th Cir. 1983). Therefore, this Court lacks subject matter jurisdiction over this cause. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff's claims and complaint against Defendant are hereby DISMISSED. This case is CLOSED. All motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of April, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record